B16-00200

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| In Re: | CASE NO. 16-50087 |
|---|---|
| Brian A Hunter<br>Tara S Hunter | CHAPTER 7 |
| | JUDGE JOHN E. HOFFMAN, JR. |
| Debtors | **(112 S Chester Street, West Jefferson, OH 43162)** |

**NOTICE OF MOTION**

Please take notice that HSBC Bank USA, National Association, as Trustee for The Holders of The GSMPS 2005-RP1 Trust ("Movant"), filed a Motion for Relief from Stay relating to the real property located at 112 S Chester Street, West Jefferson, OH 43162 which property is more fully described in Exhibit "C" to the Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

Pursuant to the Bankruptcy Rules, an Objection to this Motion must be filed in writing, requesting a hearing and setting forth the legal and factual basis for the opposition, and be served upon the Trustee, the Debtor, and the Movant accompanied by an appropriate Certificate of Service, within Twenty One (21) days from the date of Service of this Notice, or the Court will grant the relief requested.

If you do not want the court to grant the relief sought in the motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to (United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215.) OR your attorney must file a response using the court's ECF System.

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

Mail a copy to:

| | |
|---|---|
| LeAnn E. Covey, Esq.<br>4500 Courthouse Blvd.<br>Suite 400<br>Stow, OH  44224 | Janet Porter<br>13940 State Route 56 E<br>Mount Sterling, OH 43143 |
| Brian A. Hunter<br>3175 Olmstead Road<br>West Jefferson, OH  43162 | Constance Kuntz<br>228 White Acre Court<br>Ballwin, MO 63011 |
| Tara S. Hunter<br>3175 Olmstead Road<br>West Jefferson, OH  43162 | Madison County Treasurer<br>P.O. Box 675<br>London, OH  43140 |
| Mack Daniel Stoner<br>321 Jack Drive<br>Cocoa Beach, FL 32931 | Steven R Fansler<br>212 North Detroit St<br>PO Box 764<br>West Liberty, OH 43357-9540 |
| Patricia Stoner<br>112 South Chester Street<br>West Jefferson, OH 43162 | Myron N Terlecky<br>575 S Third Street<br>Columbus, OH 43215 |
| Susan Hunter<br>8041 Morgan Road<br>West Jefferson, OH 43162 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High St, Suite 200<br>Columbus, OH 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

The Law Offices of
John D. Clunk Co., L.P.A.

/S/ LeAnn E. Covey
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd., Suite 400
Stow, OH  44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@johndclunk.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2016, a copy of Notice of Motion was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Steven R. Fansler

Myron N. Terlecky

Office of the U.S. Trustee

and on the following by **ordinary U.S. mail** addressed to:

Brian A. Hunter
Tara S. Hunter
3175 Olmstead Road
West Jefferson, OH  43162

Mack Daniel Stoner
321 Jack Drive
Cocoa Beach, FL 32931

Patricia Stoner
112 South Chester Street
West Jefferson, OH 43162

Susan Hunter
8041 Morgan Road
West Jefferson, OH 43162

Janet Porter
13940 State Route 56 E
Mount Sterling, OH 43143

Constance Kuntz
228 White Acre Court
Ballwin, MO 63011

Madison County Treasurer
P.O. Box 675
London, OH  43140

                                                                  **/S/ LeAnn E. Covey**
                                                                 LeAnn E. Covey, Esquire